# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL ANTHONY NELSON,

    Petitioner,

    v.

WARDEN HOWELL, et al.,

    Respondents.

Case No. 2:18-cv-00565-APG-CWH

**ORDER**

Petitioner has submitted an application to proceed <u>in forma pauperis</u> (ECF No. 4). The court finds that petitioner is unable to pay the filing fee.

The court has reviewed the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will dismiss ground 3. The court will serve the petition upon respondents for a response to the remaining two grounds.

In ground 3 petitioner alleges, in full:

> Petitioner is Actuall [sic] Innocent, a constitutional violation has contributed to my conviction of Burglary. The evidence was insufficient.

Assuming that a freestanding claim of actual innocence in a non-capital case is viable, and to the extent that ground 3 is a freestanding claim of actual innocence, petitioner has not met the high threshold for establishing that claim. <u>See</u> <u>Jones v. Taylor</u>, 763 F.3d 1242 (9th Cir. 2014). To the extent that ground 3 is a claim of insufficient evidence to support the verdict of guilt for burglary,

it is redundant to ground 2, which is a fully pleaded claim that the evidence was insufficient to find petitioner guilty of burglary.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 4) is **GRANTED**. Petitioner need not pay the filing fee of five dollars ($5.00).

IT FURTHER IS ORDERED that the clerk of the court shall file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

IT FURTHER IS ORDERED that ground 3 of the petition is **DISMISSED**.

IT FURTHER IS ORDERED that the clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

IT FURTHER IS ORDERED that the clerk shall electronically serve upon respondents a copy of the petition and this order. In addition, the clerk shall return to petitioner a copy of the petition.

IT FURTHER IS ORDERED that respondents shall have forty-five (45) days from the date on which the petition was served to answer or otherwise respond to the petition. Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including untimeliness, lack of exhaustion, and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then petitioner will have fourteen (14) days to file a response to the motion, and respondents will have seven (7) days from the date of filing of the response to file a reply.

IT FURTHER IS ORDERED that, notwithstanding Local Rule LR IC 2-2(g), paper copies of any electronically filed exhibits need not be provided to chambers or to the staff attorney, unless later directed by the court.

DATED: July 9, 2018.

ANDREW P. GORDON
United States District Judge