UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANTHONY NELSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN HOWELL, et al.,<br><br>　　　　　　Respondents. | Case No. 2:18-cv-00565-APG-CWH<br><br>**ORDER** |

　　　Respondents having filed a motion for enlargement of time (second request) (ECF No. 12), and good cause appearing;

　　　IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 12) is **GRANTED**. Respondents will have through November 7, 2018, to file a response to the petition (ECF No. 6).

　　　Dated: October 16, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1