UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANTHONY NELSON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN HOWELL, et al.,<br><br>Respondents. | Case No. 2:18-cv-00565-APG-CWH<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (third request) (ECF No. 14), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (third request) (ECF No. 14) is **GRANTED**. Respondents will have through November 14, 2018, to file a response to the petition (ECF No. 6).

Dated: November 8, 2018.

ANDREW P. GORDON
United States District Judge