# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANTHONY NELSON,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN HOWELL, *et al.*,<br><br>    Respondent(s). | Case No.: 2:18-cv-0565-APG-CWH<br><br>**ORDER**<br><br>[ECF No. 16] |

The respondents' motion for enlargement of time **(ECF No. 16) is GRANTED**.

Respondents will have through November 28, 2018, to file a response to the petition.

Dated: November 16, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE