# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL ANTHONY NELSON,

    Petitioner,

v.

WARDEN HOWELL, et al.,

    Respondents.

Case No. 2:18-cv-00565-APG-DJA

**ORDER**

My August 14, 2019 order (ECF No. 37) denied petitioner Michael Nelson's motion for appointment of counsel (ECF No. 27), but it omitted an order to that effect. I hereby correct that omission.

The respondents filed a notice of returned mail. ECF No. 40. They note that the copy of the answer (ECF No. 38) they sent to Nelson at the Three Lakes Valley Conservation Camp was returned in the mail with the notation that he has been discharged. Nelson changed his address from that facility a year ago. *See* ECF No. 17. Indeed, two weeks later the respondents sent their motion to dismiss (ECF No. 19) to Nelson's then-current address. Nelson has since changed his address three more times. ECF No. 29, 30, 34. Nelson's current address is 3741 White Lion Ln., North Las Vegas, NV 89084.

The respondents will need to re-serve both the answer (ECF No. 38) and the motion to seal exhibits (ECF No. 39) upon Nelson at his correct address. I will give Nelson time to file a reply to the answer and to file a response to the motion to seal exhibits.

I THEREFORE ORDER that Nelson's motion for appointment of counsel **(ECF No. 27) is DENIED**.

I FURTHER ORDER the respondents to serve a copy of the answer (ECF No. 38) and a copy of the motion to seal exhibits (ECF No. 39) upon Nelson at 3741 White Lion Ln., North

Las Vegas, NV 89084.  The respondents will have until November 20, 2019 to file corrected certificates of service of these documents.

      I FURTHER ORDER that Nelson will have 45 days from the date of service of the answer (ECF No. 38) to file a reply.

      I FURTHER ORDER that Nelson will have 14 days from the date of service of the motion to seal exhibits (ECF No. 39) to file a response to the motion.  The respondents will have seven days from the date of service of the response to file a reply.

      DATED: November 13, 2019.

                                                      ANDREW P. GORDON
                                                      United States District Judge